UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRANKLIN LORD and SHARON, SCHUMANN, : : | |
| Plaintiffs, : | CIVIL ACTION NO. |
| : | 3:08-CV-1299 (JCH) |
| v. : | |
| : | |
| INTERNATIONAL MARINE : | APRIL 10, 2013 |
| INSURANCE SERVICES, et al : | |
| Defendants. : | |

**RULING RE: PLAINTIFF'S MOTION FOR SANCTIONS (Doc. No. 133)**

On March 18, 2013, this court took under advisement (Doc. No. 153) Plaintiffs Franklin Lord and Sharon Schumann's Motion for Sanctions (Doc. No. 133). In that Order, the court indicated its rationale for denying the Motion, but directed each of the defendants to supplement or correct earlier submissions before entry of a ruling. The parties have done so. Based on the filings, the court now **denies** the Motion for Sanctions, for the reasons set forth in its earlier Order.

**SO ORDERED.**

Dated at New Haven, Connecticut this 10th day of April, 2013.

                                                    /s/ Janet C. Hall
                                                  Janet C. Hall
                                                  United States District Judge